UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ROBERT LOWINGER and ISSEK FUCHS, Derivatively on Behalf of CATERPILLAR INC., <br><br> Plaintiffs, <br><br> v. <br><br> DOUGLAS OBERHELMAN, EDWARD J. RAPP, STEVEN H. WUNNING, and LUIS De LEON, <br><br> Defendants, <br><br> -and- <br><br> CATERPILLAR INC., a Delaware Corporation, <br><br> Nominal Defendant | Case No. 15-cv-01109 |

## MOTION TO STAY

Defendants Douglas R. Oberhelman, Edward J. Rapp, Steven H. Wunning, and Luis de Leon (the "Individual Defendants") and Nominal Defendant Caterpillar Inc. ("Caterpillar" or the "Company," and, collectively with the Individual Defendants, "Defendants"), through their undersigned counsel, hereby move this Court for an Order staying this action until such time as the Court has issued a ruling on the pending Motion to Dismiss (the "Demand Futility Motion") in the related action captioned *In re Caterpillar Inc. S'holder Deriv. Litig.*, Master Docket No. 1:13-cv-01104-SLD-JEH (the "Consolidated Derivative Litigation"), Dkt. 65, 66.  In support of

this Motion, Defendants submit the accompanying Memorandum of Law ("Memorandum") and state:

1. As explained in the accompanying Memorandum, the cause of action alleged in by Plaintiffs is also simultaneously the subject of the Consolidated Derivative Litigation currently pending in front of this Court. The plaintiffs in the Consolidated Derivative Litigation have sought to sue in Caterpillar's name without first making a pre-suit demand on the Caterpillar Board of Directors (the "Board"), alleging that the Caterpillar Board was incapable of considering a demand. The Demand Futility Motion filed by the defendants in the Consolidated Derivative Litigation seeks dismissal of that action because the plaintiffs failed to adequately plead demand futility. The Demand Futility Motion is fully briefed and awaits a ruling from the Court. 1:13-cv-01104-SLD-JEH, at Dkt. 65, 66, 69, 75.

2. Plaintiffs here, by contrast, made a pre-suit demand on the Caterpillar Board (the "Demand"), which they allege was "effectively refused" by the Board. (Compl. ¶ 71.)

3. As set forth in more detail in the accompanying Memorandum, Plaintiffs are incorrect both as a factual and legal matter. The Board did not "refuse" Plaintiffs' Demand, as the exhibits to the Complaint make clear. Instead, the Board decided to defer a decision on the substance of the Demand in light of the pending Demand Futility Motion in the Consolidated Derivative Litigation. Decisions addressing circumstances exactly like that presented here have held that a board may reasonably postpone further consideration of a demand while it litigates the threshold issue of demand futility. *MacCoumber v. Austin*, No. 03 C 9405, 2004 WL 1745751 (N.D. Ill. Aug. 2, 2004); *Piven v. Ryan*, No. 05 CV 4619, 2006 WL 756043 (N.D. Ill. Mar. 23, 2006). This action is therefore premature.

4. This Court has the inherent power to stay proceedings "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *Tex. Indep. Producers & Royalty Owners Ass'n v. EPA*, 410 F.3d 964, 980 (7th Cir. 2005) (same); *Essex Ins. Co. v .Womick Law Firm, Chtd.*, 2015 U.S. Dist. LEXIS 2567, No. 14-0602 (S.D. Ill. Jan. 9, 2015) (same). A stay is appropriate under these circumstances because it will conserve judicial resources, avoid any potentially unnecessary expenditure of time, effort, and Company resources, allow for the more efficient coordination of this action with the Consolidated Derivative Litigation, and will not prejudice Plaintiffs or Caterpillar (on whose behalf Plaintiffs purport to act).

WHEREFORE, Defendants respectfully request that this Court stay this action to permit the Court to rule on the Demand Futility Motion and to allow the Board to then formally respond, if necessary, to Plaintiffs' Demand.

Dated:  August 11, 2015                                                      Respectfully submitted,


By:  /s/ Walter C. Carlson

SIDLEY AUSTIN LLP
Walter C. Carlson
James W. Ducayet
Nilofer I. Umar
One South Dearborn Street
Chicago, Illinois  60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
wcarlson@sidley.com
jducayet@sidley.com
numar@sidley.com

HEYL, ROYSTER,
VOELKER & ALLEN, P.C.
Timothy L. Bertschy
John P. Heil, Jr.
300 Hamilton Boulevard

P.O. Box 6199
Peoria, IL  61601
Telephone:  (309) 676-0400
Facsimile:  (309) 676-3374
tbertschy@heylroyster.com
jheil@heylroyster.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 11, 2015, he caused a true and correct copy of the foregoing **Motion to Stay** to be served on all counsel of record via the CM/ECF system.

/s/ Walter C. Carlson