# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Robert Lowinger, Issek Fuchs )
)
Plaintiffs )
)
vs. ) Case Number: 15-cv-1109
)
)
Douglas R. Oberhelman, )
Edward J. Rapp, Steven H. Wunning, )
Luis De Leon, Caterpillar Inc. )
)
Defendants )

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**.   This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice.

Dated:  3/23/2018

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court